IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, Plaintiff, vs. MICHAEL LINDER, et al., Defendants. | No. 05 C 3812 |

## MEMORANDUM OPINION AND ORDER

Defendants Michael G. Linder, Joseph/Anthony & Associates, Inc., Liz/Mar and Associates, Inc., and Elizabeth Linder move to stay this action pending resolution of a related criminal prosecution in the Western Division. The government has no objection to staying discovery, but it wants to seek summary disposition of any claims that can be resolved without further discovery.

And that makes sense. Defendants, particularly Linder, should not have to choose between exercising their privileges with possible prejudice to defending against the civil claim or waiving their privileges and providing discovery, with possible prejudice to defending against criminal charges. But if no discovery on a particular claim is necessary or appropriate, and the claim can be resolved upon the current record, there is no point in waiting. We do not, of course, know at this time whether any claims are capable of summary disposition. In the meantime, we stay discovery, although not the entire action.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 24, 2006.