# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| | : | |
| **ELAINE L. CHAO**, Secretary of Labor, | : | |
| United States Department of Labor, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION File No. 05C3812 |
| v. | : | |
| | : | **Hon. Robert M. Dow** |
| **MICHAEL LINDER et al.,** | : | |
| | : | **Mag. Martin C. Ashman** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CONSENT JUDGMENT AND ORDER
## WITH RESPECT TO DEFENDANTS ELIZABETH LINDER AND
## LIZ/MAR  AND ASSOCIATES, INC.

Plaintiff Elaine Chao, Secretary of Labor, U.S. Department of Labor, (the Secretary) and

defendants Elizabeth Linder and Liz/Mar and Associates, Inc. (Liz/Mar) by their undersigned

counsel do now accordingly consent to the entry of this Consent Order and Judgment (Judgment) by

the Court.

Defendants Elizabeth Linder and Liz/Mar hereby admit to the jurisdiction of the Court over

them and over the subject matter of this action.  Upon consideration of the record herein, and as

agreed to by the parties, the Court finds that it has jurisdiction to enter this Judgment.

WHEREAS, the Secretary and Defendants Elizabeth Linder and Liz/Mar have agreed to the

terms of this Judgment, subject to its approval by the Court, and with due consideration and being

fully advised of the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.        Elizabeth Linder and Liz/Mar are permanently enjoined and restrained from violating

the provisions of Title I of ERISA, 29 U.S.C. §§1001, *et seq.*

2.    Defendants Elizabeth Linder and Liz/Mar are hereby permanently enjoined from serving or acting as a fiduciary or service provider with respect to any ERISA covered plan.

3.    Each party shall bear her/his own fees, costs and expenses in connection with this action, including any fees or other monies pursuant to the Equal Access to Justice Act, as amended.

4.    Nothing in this Order is binding on any government agency other than the United States Department of Labor.

5.    The Court shall maintain jurisdiction over this matter only for the purposes of enforcing this Judgment.

IT IS SO ORDERED THIS _____ DAY OF _____ 2008.


_____
MARTIN C. ASHMAN
U.S. District Court Magistrate Judge

Defendants hereby move for entry of this Judgment:


  Elizabeth Linder                                   Dated:  3/18/08
**ELIZABETH LINDER**


  Elizabeth Linder                                   Dated:  3/18/08
**LIZ/MAR AND ASSOCIATES, INC.**

**By:**  Elizabeth Linder

**Its:**  President


Kenneth D. Bellah                                   Dated:   3/18/08
**KENNETH BELLAH**
Attorney for Linder and Liz/Mar
Law offices of Kenneth D. Bellah
222 South Riverside Plaza, Suite 1410
Chicago, IL  60606


Plaintiff Elaine Chao, Secretary of Labor, hereby moves for entry of this Judgment:

**GREGORY F. JACOB**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

Peter D. Broitman                       Dated:  4/2/08
**PETER D. BROITMAN**
ERISA Counsel

Ruben R. Chapa_____          Dated: 4/2/08\_\_\_\_\_
**RUBEN R. CHAPA**
Attorney

U.S. Department of Labor
Attorneys for Plaintiff
Office of the Solicitor
230 S. Dearborn, Rm. 844
Chicago, IL. 60604
Tel:  (312) 353-6993
Fax:  (312) 353-5698